ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  vatana.lay@akerman.com

*Attorneys for Plaintiffs Ditech Financial LLC f/k/a Green Tree Servicing, LLC and Federal National Mortgage Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC f/k/a GREEN TREE SERVICING, LLC; and FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Plaintiffs,<br><br>vs.<br><br>PARADISE SPRINGS ONE HOMEOWNERS ASSOCIATION a/k/a PARADISE SPRINGS ONE; NEVADA ASSOCIATION SERVICES, INC.; ROBERT C. WANG; ANNABEL E. BARBER,<br><br>    Defendants. | Case No.:  2:16-cv-02900-JCM-GWF<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER AUTHORIZING SERVICE OF SUMMONS AND COMPLAINT UPON DEFENDANT ROBERT WANG  BY PUBLICATION AND ORDER ENLARGING TIME FOR SERVICE OF PROCESS** |

The matter is before the court on plaintiffs Ditech Financial LLC f/k/a/ Green Tree Servicing, LLC and Federal National Mortgage Association (together, **Plaintiffs**) motion for order authorizing service of summons and complaint upon defendant Robert Wang (**Wang**) by publication and order enlarging time for service of process.  [(ECF No. __].

{41180459;1}                                    1

Upon review of the pleadings, declarations and evidence presented, it appears to the satisfaction of the Court, and the Court finds that:

(1) Plaintiffs have a valid cause of action against defendant Wang;

(2) Wang is a necessary and proper party;

(3) NRCP 4(e) provides for publication of the summons and complaint under the circumstances;

(4) Nevada Legal News is a newspaper of general circulation published in Clark County, State of Nevada;

(5) Plaintiffs have diligently attempted to serve Wang within the State of Nevada;

(6) There is good cause to extend the time for service by publication of the summons and complaint upon Wang for an additional sixty (60) days.

IT IS HEREBY ORDERED that the summons and complaint in this suit be served on Wang by publication thereof in the above-named newspaper and that the publication be made for a period of four (4) weeks and at least once per week;

IT IS FURTHER ORDERED that the time for service of the summons and complaint upon Wang is extended for an additional sixty (60) days through and including May __, 2017.

DATED: March 16th 2017

_____
UNITED STATES MAGISTRATE JUDGE

{41180459;1}                                2